UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ASIA PACIFIC INVESTMENT PARTNERS, *et al.*,

          Plaintiffs

-against-

EDISON SCHOOLS, INC., *et al.*,

          Defendants.
------------------------------------------------------------- X

25-CV-386 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On January 23, 2025, Plaintiffs Darren Farlow and Asia Pacific Investment Partners commenced this action by filing a Complaint against multiple Defendants. (Doc. 3.) Plaintiffs indicated that this court has diversity-of-citizenship jurisdiction over this case. (Compl. ¶ 14.) On January 27, 2025, I dismissed Plaintiffs' Complaint without prejudice and with leave to refile within thirty days for failure to adequately allege diversity-of-citizenship jurisdiction, explaining that Plaintiff had inadequately alleged the citizenship of the limited liability companies (LLCs), limited liability partnership (LLP), and individuals in the action. (Doc. 10 ("January Order").) On January 29, 2025, Plaintiffs filed an Amended Complaint. (Doc. 12.)

The Amended Complaint is nearly identical to the original Complaint. Plaintiffs make minor changes to paragraphs 9 and 11, but do not address any of the issues regarding the citizenship of the LLCs, LLP, and individual parties I explained in my January Order. Therefore, Plaintiffs' Amended Complaint fails to adequately allege a basis for this Court's jurisdiction. I hereby DISMISS Plaintiffs' Amended Complaint without prejudice and with leave to replead.

Plaintiff has thirty days to file a Second Amended Complaint that properly asserts subject-matter jurisdiction. If Plaintiffs do not file a Second Amended Complaint within thirty days, the Clerk of Court is respectfully directed to terminate this action. If Plaintiffs file a Second

Amended Complaint that fails to adequately address the issues explained in my January Order, I will dismiss this case for lack of subject-matter jurisdiction.

SO ORDERED.

Dated: February 3, 2025
      New York, New York

Vernon S. Broderick
United States District Judge