```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ASIA PACIFIC INVESTMENT PARTNERS, et                         :
al.,                                                         :
                                                             :
                           Plaintiffs                        :        25-CV-386 (VSB)
                                                             :
              -against-                                      :        ORDER
                                                             :
EDISON SCHOOLS, INC., et al.,                                :
                                                             :
                           Defendants.                       X
------------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

On January 23, 2025, Plaintiffs Darren Farlow and Asia Pacific Investment Partners commenced this action by filing a Complaint against multiple Defendants.  (Doc. 3.)  Plaintiffs indicated that this court has diversity-of-citizenship jurisdiction over this case.  (Compl. ¶ 14.)  On January 27, 2025, I dismissed Plaintiffs' Complaint without prejudice and with leave to refile within thirty days for failure to adequately allege diversity-of-citizenship jurisdiction, explaining that Plaintiff had inadequately alleged the citizenship of the limited liability companies (LLCs), limited liability partnership (LLP), and individuals in the action.  (Doc. 10 ("January Order").)  On January 29, 2025, Plaintiffs filed an Amended Complaint.  (Doc. 12.)  The Amended Complaint failed to fix any of the issues I identified in the January Order, and thus I dismissed it without prejudice and with leave to replead.  I warned Plaintiffs that if they filed a Second Amended Complaint that failed to adequately address the issues explained in my January Order, I will dismiss this case for lack of subject-matter jurisdiction.

On March 3, 2025, Plaintiffs filed a Second Amended Complaint.  (Doc. 15.)  The Second Amended Complaint again failed to fix any of the issues I identified in my January Order.  As the Second Amended Complaint does not allege a basis for this Court's jurisdiction, I hereby DISMISS

this case for lack of subject-matter jurisdiction. The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: March 4, 2025
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge