```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASIA PACIFIC INVESTMENT PARTNERS, et al.,

                              Plaintiffs,

       -against-

EDISON SCHOOLS, INC., et al.,

                             Defendants.
-----------------------------------------------------------------X

25-CV-0386 (VSB) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on March 4, 2025 (doc. no 17) the Initial Case Management Conference currently scheduled for **March 26, 2025** is hereby adjourned *sine die*.

       SO ORDERED.

DATED:      New York, New York
                March 4, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge